UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KEITH A. HOLMES,
               Plaintiff,

v.                                                                        **ORDER**

NEW REZ, LLC, doing business as Shellpoint        22 CV 8632 (VB)
Mortgage Servicing, et al.,
               Defendants.
--------------------------------------------------------------x

       On January 19, 2023, plaintiff informed the Court by letter that he would file an amended complaint to address a motion to dismiss filed by defendants on January 6. (Doc. #9). The same day, the Court issued an Order directing plaintiff to file his amended complaint by February 2, 2023, and mailed a copy of its Order to plaintiff at the address on the docket. (Doc. #10).

       Plaintiff filed an amended complaint on February 2, 2023. (Doc. #12).

       On February 10, 2023, defendants moved to dismiss the amended complaint. (Doc. #13). Defendants filed an affidavit of service indicating the motion, as well as a Notice to Pro Se Litigant Who Opposes a Rule 12 Motion Supported by Matters Outside the Pleadings, were mailed to plaintiff on February 10, 2023. (Doc. #14-1).

       Accordingly, plaintiff's opposition to the motion was due on February 24, 2023. However, to date, plaintiff has failed to oppose or otherwise respond to the motion.

       **The Court sua sponte extends plaintiff's time to oppose the motion to April 4, 2023. If plaintiff fails to oppose or otherwise respond to the motion by April 4, the Court will deem the motion fully submitted and unopposed.**

       Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 7, 2023
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge