**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
KEITH A. HOLMES,

                Plaintiff,

-against-                        22 **CIVIL** 08632 (VB)

                                                         **<u>JUDGMENT</u>**

NEW REZ, LLC, doing business as
Shellpoint Mortgage Servicing; SHELLPOINT
PARTNERS, LLC; NEW RESIDENTIAL INVESTMENT
CORPORATION; JACK NAVARRO; BRUCE
WILLIAMS; and JOHN AND JANE DOES 1–10; being
fictitious and unknown to plaintiff, the persons or parties
intended being the person or parties, if any, named in the
verified complaint,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 07, 2023, the motion to dismiss is GRANTED as to all defendants; accordingly, the case is closed.

**Dated:**  New York, New York

      August 08, 2023

                                                            **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                     **BY:**

                                                                   **Deputy Clerk**